GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GASTON

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  ) <br> ) <br> QUNEIL GASTON,  ) <br> ) <br> ) <br> Defendant.  ) <br> _____ ) | Case No.:    2:20-CR-00090-CDS-VCF <br><br> STIPULATION TO CONTINUE SENTENCING DATE <br><br> (FIRST REQUEST) |

*Certification:*  This stipulation is filed pursuant to General Order 2007-04.

IT IS HEREBY STIPULATED AND AGREED, by and between Jason Frierson United States Attorney, and Dan Cowhig, Assistant United States Attorney, counsel for the United States of America, and Gabriel L. Grasso, Esq, counsel for QUNEIL GASTON (GASTON), that the sentencing hearing currently scheduled for December 1, 2022, at 11:30 am., be vacated and continued to a date and time convenient to this court, but no event earlier than FOURTY FIVE (45) days.

Pursuant to General Order No. 2007-04, this stipulation is entered and based upon the following:

1. GASTON is in custody and does not oppose this continuance.
2. The parties agree to the continuance.
3. The parties have agreed on this sentencing continuance to allow GASTON time to recover from illness.
4. Although the requested 45 days falls in mid January for setting purposes, defense counsel informs the court that he will be out of the jurisdiction between January 23 and February 3.

5. Denial of this request for continuance would deny the defense sufficient time to be able to assist in defendant's sentencing and file a Sentencing Memorandum with the court.

6. This is the first request for a continuance of the sentencing date in this case.

DATED this 28th day of November, 2022.

RESPECTFULLY SUBMITTED BY:

_/s/ Dan Cowhig_  
DAN COWHIG  
Assistant United States Attorney

_/s/ Gabriel L. Grasso_  
GABRIEL L. GRASSO  
Attorney for GASTON

GABRIEL L. GRASSO, ESQ.
Nevada Bar No. 7358
**GABRIEL L. GRASSO, P.C.**
411 South 6th Street
Las Vegas, NV  89101
T: (702) 868-8866
F: (702) 868-5778
E: gabriel@grassodefense.com
Attorney for GASTON

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.:   2:20-CR-00090-CDS-VCF |
| vs. | ) | |
| | ) | STIPULATION TO CONTINUE |
| QUNEIL GASTON, | ) | SENTENCING DATE |
| | ) | |
| | ) | (FIRST REQUEST) |
| Defendant. | ) | |

**<u>FINDINGS OF FACT</u>**

Based upon the submitted Stipulation, and good cause appearing therefore, the Court finds that:

1. The parties have agreed on this sentencing continuance to allow GASTON time to recover from illness.
2. GASTON is in custody does not oppose to the continuance.
3. The parties agree to the continuance.

3

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would result in a miscarriage of justice.

## **ORDER**

**IT IS ORDERED** that the sentencing hearing currently scheduled for December 1, 2022, at 11:30 a.m., be vacated and continued to <u>January 17, 2023</u>, at the hour of <u>11:30 a.m</u>. in courtroom 6B.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:  <u>11/29/2022</u>

4